**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-4793**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDRES LAURENT,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge. (CR-03-372)

Submitted: March 17, 2006            Decided: March 29, 2006

Before WILLIAMS, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andres Laurent, Appellant Pro Se.  Paul Joseph McNulty, United States Attorney, Alexandria, Virginia; Gurney Wingate Grant, II, Laura C. Marshall, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andres Laurent appeals the district court's order denying his motion for return of forfeited property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>United States v. Laurent</u>, No. CR-03-372 (E.D. Va. July 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>